Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 18–10873–TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Julianne Dombrowski
3231 East Avenue
Erie, PA 16504

Social Security No.:
xxx–xx–6928

Employer's Tax I.D. No.:

| | |
|---|---|
| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
| Kenneth M. Steinberg | Ronda J. Winnecour |
| Steidl & Steinberg | Suite 3250, USX Tower |
| Suite 2830 Gulf Tower. | 600 Grant Street |
| 707 Grant Street | Pittsburgh, PA 15219 |
| Pittsburgh, PA 15219 | Telephone number:  412–471–5566 |
| Telephone number:  412–391–8000 | |

DATE/TIME/LOCATION OF MEETING OF
CREDITORS
December 11, 2018
10:00 AM
Bankruptcy Court Conference Room B110, U.S.
Courthouse, 17 South Park Row, Erie, PA 16501

CONFIRMATION HEARING DATE/TIME/LOC
December 11, 2018
10:00 AM
Bankruptcy Court Conference Room B110, U.S.
Courthouse, 17 South Park Row, Erie, PA 16501

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE
DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL
RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE
OR HEARING.**

Dated: 11/6/18

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-10873-TPA
Julianne Dombrowski                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: aala          Page 1 of 2          Date Rcvd: Nov 06, 2018
                           Form ID: rsc13       Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
db          +Julianne Dombrowski,   3231 East Avenue,   Erie, PA 16504-1388
14905385    +Amazon Place CC,   PO Box 965015,   Orlando, FL 32896-5015
14928178    +Antero Capital, LLC,   PO BOX 1931,   Burlingame, CA 94011-1931
14905408    ++CONTINENTAL FINANCE COMPANY LLC,   PO BOX 8099,   NEWARK DE 19714-8099
             (address filed with court: Matrix,   PO Box 8099,   Newark, DE 19714)
14927738     Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14905391    +Capital One/Journey,   PO Box 30281,   Salt Lake City, UT 84130-0281
14905393    +Chase/Bank One,   PO Box 15298,   Wilmington, DE 19850-5298
14905394    +Continental Finance/Reflex,   PO Box 8099,   Newark, DE 19714-8099
14918736    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
               PO Box 10390,   Greenville, SC 29603-0390)
14905396    +Dell Financial Services,   PO Box 81607,   Austin, TX 78708-1607
14905398     EOS CCA,   PO Box 981025,   Boston, MA 02298-1025
14905401     First Premier Bank,   3820 N. Louise Ave.,   Sioux Falls, SD 57107-0145
14905400     First Premier Bank,   3820 North Louise Avenue,   Sioux Falls, SD 57107-0145
14934856    +Intercoastal Financial, LLC,   7954 Transit Rd. #144,   Williamsville, NY 14221-4117
14905410    +MidAmerica,   5109 S Broadband Lane,   Sioux Falls, SD 57108-2208
14905415     Stonberry,   PO Box 2820,   Monroe, WI 53566-8020
14905416    +Target,   NCD-0450,   PO Box 1470,   Minneapolis, MN 55440-1470

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2018 02:20:36     Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
14905386     E-mail/Text: bankruptcy@sccompanies.com Nov 07 2018 02:20:13     AmeriMark Premier,
             PO Box 2845,   Monroe, WI 53566-8045
14921377    +E-mail/Text: bankruptcy@sccompanies.com Nov 07 2018 02:20:13     Amerimark,
             c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
14926873    +E-mail/Text: bknotices@totalcardinc.com Nov 07 2018 02:20:48     Bank of Missouri,
             C/O Total Card Inc.,   5109 S. Broadband Lane,   Sioux Falls, SD 57108-2208
14905387     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 07 2018 02:20:26     Brylane Home,
             PO Box 18279,   Columbus, OH 43218-2789
14905389    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 07 2018 02:18:19     Capital One,
             PO Box 30281,   Salt Lake City, UT 84130-0281
14919950     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 07 2018 02:18:51
             Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
14905392    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 07 2018 02:18:51     Capital One/Justice,
             PO Box 30253,   Salt Lake City, UT 84130-0253
14905395     E-mail/PDF: creditonebknotifications@resurgent.com Nov 07 2018 02:18:23     Credit One Bank,
             PO Box 98872,   Las Vegas, NV 89193-8872
14905397     E-mail/Text: bankruptcy.bnc@ditech.com Nov 07 2018 02:20:24     Ditech,   PO Box 6172,
             Rapid City, SD 57709-6172
14942669     E-mail/Text: bankruptcy.bnc@ditech.com Nov 07 2018 02:20:24     Ditech Financial LLC,
             PO Box 6154,   Rapid City, SD 57709-6154
14905399    +E-mail/Text: bnc-bluestem@quantum3group.com Nov 07 2018 02:21:05     Fingerhut,
             6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
14905402     E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2018 02:18:49     Gap,   P.O. Box 965005,
             Orlando, FL 32896-5005
14905403     E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2018 02:18:18     JC Penny,   P.O. Box 965007,
             Orlando, FL 32896-5007
14905404     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 07 2018 02:20:26     Jessica London,
             PO Box 18279,   Columbus, OH 43218-2789
14905405     E-mail/Text: bankruptcy@sccompanies.com Nov 07 2018 02:20:14     K. Jordan,   PO Box 2809,
             Monroe, WI 53566-8009
14905406    +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 07 2018 02:20:21     Kohls,   PO Box 3115,
             Milwaukee, WI 53201-3115
14940545     E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2018 02:18:55
             LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
             FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14918842     E-mail/Text: bkr@cardworks.com Nov 07 2018 02:20:13     MERRICK BANK,
             Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14905407     E-mail/Text: bankruptcy@sccompanies.com Nov 07 2018 02:20:14     Mason Easy Pay,   PO Box 2808,
             Monroe, WI 53566-8008
14905409    +E-mail/Text: bkr@cardworks.com Nov 07 2018 02:20:13     Merrick Bank,   PO Box 9201,
             Old Bethpage, NY 11804-9001
14905412    +E-mail/Text: GenesisFS@ebn.phinsolutions.com Nov 07 2018 02:21:18     MidAmerica/Milestones/GFS,
             PO Box 4499,   Beaverton, OR 97076-4499
14905413    +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2018 02:18:49     Old Navy,   PO Box 965005,
             Orlando, FL 32896-5005
14928637     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2018 02:35:25
             Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14906326    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2018 02:19:28
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021

```
District/off: 0315-1        User: aala           Page 2 of 2          Date Rcvd: Nov 06, 2018
                           Form ID: rsc13        Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14927327      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 07 2018 02:20:56      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14934971       E-mail/Text: bnc-quantum@quantum3group.com Nov 07 2018 02:20:30
               Quantum3 Group LLC as agent for,   GPCC I LLC,   PO Box 788,   Kirkland, WA 98083-0788
14939311       E-mail/Text: bnc-quantum@quantum3group.com Nov 07 2018 02:20:30
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
14939333       E-mail/Text: bnc-quantum@quantum3group.com Nov 07 2018 02:20:30
               Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
               Kirkland, WA 98083-0788
14905414       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 07 2018 02:20:27      Romans,   PO Box 18279,
               Columbus, OH 43218-2789
14943945      +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2018 02:18:49      Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
14905417      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 07 2018 02:20:27      The Childrens Place,
               PO Box 182120,   Columbus, OH 43218-2120
14938116       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 07 2018 02:34:29      Verizon,
               by American InfoSource as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
14905418       E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2018 02:18:18      Walmart,   PO Box 965024,
               Orlando, FL 32896-5024
14905419       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 07 2018 02:20:27      Women Within,
               PO Box 18279,   Columbus, OH 43218-2789
                                                                                  TOTAL: 35
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             DITECH FINANCIAL LLC
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14905388*      Brylane Home,   PO Box 18279,   Columbus, OH 43218-2789
14905390*     +Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
14905411*     +MidAmerica,   5109 S Broadband Lane,   Sioux Falls, SD 57108-2208
                                                                TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2018 at the address(es) listed below:

```
              James  Warmbrodt    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Kenneth M. Steinberg   on behalf of Debtor Julianne  Dombrowski julie.steidl@steidl-steinberg.com,
              kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
              ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
              dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                  TOTAL: 4
```