Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Julianne Dombrowski**
Debtor(s)

Bankruptcy Case No.: 18–10873–TPA
Per March 5, 2019 Proceeding
Chapter: 13
Docket No.: 23 – 5, 20
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated August 26, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $667.00 as of March, 2019. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☐ H. Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: March 8, 2019

Thomas P. Agresti, Judge
United States Bankruptcy Court

cc:   All Parties in Interest to be served by Clerk in seven (7) days

```
                             United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                 Case No. 18-10873-TPA
Julianne Dombrowski                                                    Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: vson                   Page 1 of 2                   Date Rcvd: Mar 08, 2019
                              Form ID: 149                 Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2019.
db             +Julianne Dombrowski,    3231 East Avenue,    Erie, PA 16504-1388
14905385       +Amazon Place CC,    PO Box 965015,    Orlando, FL 32896-5015
14905408      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Matrix,     PO Box 8099,    Newark, DE 19714)
14927738        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14905393       +Chase/Bank One,    PO Box 15298,    Wilmington, DE 19850-5298
14905394       +Continental Finance/Reflex,    PO Box 8099,    Newark, DE 19714-8099
14918736      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,      Resurgent Capital Services,
                PO Box 10390,    Greenville, SC 29603-0390)
14905396       +Dell Financial Services,    PO Box 81607,    Austin, TX 78708-1607
14905398        EOS CCA,    PO Box 981025,    Boston, MA 02298-1025
14905401        First Premier Bank,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
14905400        First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
14934856       +Intercoastal Financial, LLC,    7954 Transit Rd. #144,     Williamsville, NY 14221-4117
14905410       +MidAmerica,    5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
14905415        Stonberry,    PO Box 2820,    Monroe, WI 53566-8020
14905416       +Target,    NCD-0450,    PO Box 1470,    Minneapolis, MN 55440-1470

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14928178        E-mail/Text: DocumentFiling@lciinc.com Mar 09 2019 02:30:20      Antero Capital, LLC,
                 PO BOX 1931,    Burlingame, CA 94011
14905386        E-mail/Text: bankruptcy@sccompanies.com Mar 09 2019 02:30:17      AmeriMark Premier,
                 PO Box 2845,    Monroe, WI 53566-8045
14921377       +E-mail/Text: bankruptcy@sccompanies.com Mar 09 2019 02:30:17      Amerimark,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14926873       +E-mail/Text: bknotices@totalcardinc.com Mar 09 2019 02:30:55      Bank of Missouri,
                 C/O Total Card Inc.,    5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
14905387        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 09 2019 02:30:34      Brylane Home,
                 PO Box 18279,    Columbus, OH 43218-2789
14905389       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 09 2019 02:34:01      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14919950        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 09 2019 02:33:59
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14905391       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 09 2019 02:34:00      Capital One/Journey,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14905392       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 09 2019 02:33:15      Capital One/Justice,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
14905395        E-mail/PDF: creditonebknotifications@resurgent.com Mar 09 2019 02:33:42      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
14905397        E-mail/Text: bankruptcy.bnc@ditech.com Mar 09 2019 02:30:31      Ditech,   PO Box 6172,
                 Rapid City, SD 57709-6172
14942669        E-mail/Text: bankruptcy.bnc@ditech.com Mar 09 2019 02:30:31      Ditech Financial LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
14905399       +E-mail/Text: bnc-bluestem@quantum3group.com Mar 09 2019 02:31:22      Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14905402        E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2019 02:33:09      Gap,   P.O. Box 965005,
                 Orlando, FL 32896-5005
14905403        E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2019 02:33:09      JC Penny,    P.O. Box 965007,
                 Orlando, FL 32896-5007
14905404        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 09 2019 02:30:33      Jessica London,
                 PO Box 18279,    Columbus, OH 43218-2789
14905405        E-mail/Text: bankruptcy@sccompanies.com Mar 09 2019 02:30:17      K. Jordan,    PO Box 2809,
                 Monroe, WI 53566-8009
14905406       +E-mail/Text: bncnotices@becket-lee.com Mar 09 2019 02:30:26      Kohls,   PO Box 3115,
                 Milwaukee, WI 53201-3115
14940545        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 09 2019 02:44:29
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14918842        E-mail/Text: bkr@cardworks.com Mar 09 2019 02:30:16      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14905407        E-mail/Text: bankruptcy@sccompanies.com Mar 09 2019 02:30:17      Mason Easy Pay,    PO Box 2808,
                 Monroe, WI 53566-8008
14905409       +E-mail/Text: bkr@cardworks.com Mar 09 2019 02:30:16      Merrick Bank,   PO Box 9201,
                 Old Bethpage, NY 11804-9001
14905412       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Mar 09 2019 02:31:39      MidAmerica/Milestones/GFS,
                 PO Box 4499,    Beaverton, OR 97076-4499
14905413       +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2019 02:33:09      Old Navy,   PO Box 965005,
                 Orlando, FL 32896-5005
14928637        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2019 02:33:39
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14906326       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2019 02:34:02
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0315-1          User: vson                 Page 2 of 2                   Date Rcvd: Mar 08, 2019
                              Form ID: 149               Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14927327       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 09 2019 02:31:08      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14934971        E-mail/Text: bnc-quantum@quantum3group.com Mar 09 2019 02:30:40
                 Quantum3 Group LLC as agent for,   GPCC I LLC,   PO Box 788,   Kirkland, WA  98083-0788
14939311        E-mail/Text: bnc-quantum@quantum3group.com Mar 09 2019 02:30:40
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
14939333        E-mail/Text: bnc-quantum@quantum3group.com Mar 09 2019 02:30:40
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
14905414        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 09 2019 02:30:33     Romans,   PO Box 18279,
                 Columbus, OH 43218-2789
14943945       +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2019 02:33:53     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
14945002       +E-mail/Text: bncmail@w-legal.com Mar 09 2019 02:31:05      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14905417       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 09 2019 02:30:33      The Childrens Place,
                 PO Box 182120,   Columbus, OH 43218-2120
14938116        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 09 2019 02:45:10      Verizon,
                 by American InfoSource as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
14905418        E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2019 02:33:52     Walmart,   PO Box 965024,
                 Orlando, FL 32896-5024
14905419        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 09 2019 02:30:34      Women Within,
                 PO Box 18279,   Columbus, OH 43218-2789
                                                                                              TOTAL: 37

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14905388*       Brylane Home,   PO Box 18279,   Columbus, OH 43218-2789
14905390*      +Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
14905411*      +MidAmerica,   5109 S Broadband Lane,   Sioux Falls, SD 57108-2208
                                                                                   TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Julianne  Dombrowski julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4
```