IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

WESTERN DISTRICT OF PENNSYLVANIA

IN RE:   Julianne Dombrowski

Chapter  13

Number 18-10873

REPORT OF NEW CREDITOR ADDRESS

**Creditor Name:**   Mid America BK/Total Card

**Previous Address:**   5109 S Broadband Ln
Sioux Falls, SD 57108

**New Address:**   2700 S Lorraine Place
Sioux Falls, SD 57106

This 18th day of November, 2019

By: _____
Julissa Guerrero       Bankruptcy Rep
Total Card Inc.
2700 S Lorraine Place
Sioux Falls, SD 57106
Tel: 888-568-0171

FILED
19 NOV 22 AM 11: 15
CLERK
U.S. BANKRUPTCY
COURT - ERIE