**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/27/2020

IN RE:

JULIANNE DOMBROWSKI
3231 EAST AVENUE
ERIE, PA 16504
XXX-XX-6928          Debtor(s)

Case No. 18-10873 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/27/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  OLD NAVY/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  0737 |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DITECH FNCL/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>C/O SHELLPOINT MORTGAGE SVCNG<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM:  0.00<br>COMMENT:  OUTSIDE/PL*CL=$39,291.56*FR DITECH-DOC 27 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  6520 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM:  1,265.42<br>COMMENT:  AMAZON~SYNCHRONY BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9614 |
| **AMERIMARK**<br>C/O CREDITORS BANKRUPTCY SERVICE*<br>PO BOX 800849<br>DALLAS, TX  75380 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM:  594.01<br>COMMENT:  8304/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  304A |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM:  731.10<br>COMMENT:  BRYLANE HOME | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1564 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM:  694.09<br>COMMENT:  2789/SCH*BRYLANE HOME | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3982 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM:  1,357.38<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6448 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number: 29<br>CLAIM:  633.43<br>COMMENT:  CAPITAL ONE/GENERAL MOTORS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1200 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM:  3,018.58<br>COMMENT:  JOURNEY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2889 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 12 | CLAIM: 898.50<br>COMMENT: JUSTICE/SCH*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6724 |
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~BANK ONE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7313 |
| **CONTINENTAL FINANCE**<br>POB 8099<br>NEWARK, DE 19714 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: REFLEX/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7379 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 22 | CLAIM: 664.85<br>COMMENT: FNBM~CREDIT ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4640 |
| **DELL FINANCIAL SERVICES LLC**<br>C/O RESURGENT CAP SVCS<br>POB 10390<br>GREENVILLE, SC 29603-0390 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 4,482.18<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3115 |
| **EOS CCA**<br>700 LONGWATER DR.<br>NORWELL, MA 02061 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4701 |
| **FINGERHUT**<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD, MN 56303 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4911 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 980.02<br>COMMENT: REF 3445012467 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1670 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 1,171.41<br>COMMENT: REF 3444997969*2591/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2994 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 28 | CLAIM: 468.68<br>COMMENT: GAP/SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4711 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 26<br><br>CLAIM: 769.84<br>COMMENT: 6851/SCH*SYNCHRONY BANK~JCPENNEY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0686 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 16<br><br>CLAIM: 883.50<br>COMMENT: JESSICA LONDON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6863 |
| **K JORDAN**<br>POB 2809<br><br>MONROE, WI 53566-8009 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 97B2 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 10<br><br>CLAIM: 983.46<br>COMMENT: 6528/SCH*KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7528 |
| **MASON EASY PAY**<br>POB 77001<br><br>MADISON, WI 53707-1001 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9702 |
| **MATRIX ACCEPTANCE**<br>1645 E HWY 193<br><br>LAYTON, UT 84040 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3905 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS\*\*<br>POB 10368<br><br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 2-2<br><br>CLAIM: 525.37<br>COMMENT: AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7046 |
| **BANK OF MISSOURI**<br>C/O TOTAL CARD INC (TCI)<br>2700 S LORRAINE PL<br>SIOUX FALLS, SD 57106 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 432.30<br>COMMENT: MID AMERICA BANK and TRUST*NO LAST PMT/CHARGE OFF DATE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1184 |
| **BANK OF MISSOURI**<br>C/O TOTAL CARD INC (TCI)<br>2700 S LORRAINE PL<br>SIOUX FALLS, SD 57106 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 7<br><br>CLAIM: 454.20<br>COMMENT: MID AMERICA BANK and TRUST*NO LAST PMT/CHARGE OFF DATE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9234 |
| **QUANTUM3 GROUP LLC - AGENT GPCC I LLC**<br>C/O QUANTUM 3 GROUP<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 14<br><br>CLAIM: 301.99<br>COMMENT: MILESTONE/SCH*THE BANK OF MISSOURI | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5489 |

| Creditor | Trustee Claim # | Court Claim # | Claim Amount | Account No. | Comment |
|---|---|---|---|---|---|
| SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | 31 | 27 | 1,857.03 | 0737 | OLD NAVY~GEMB |
| QUANTUM3 GROUP LLC AGNT - COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 32 | 20 | 1,360.25 | 8545 | ROAMANS |
| STONEBERRY<br>POB 2820<br>MONROE, WI 53566 | 33 |  | 0.00 | 97CR |  |
| TD BANK USA NA**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | 34 | 30 | 2,359.57 | 0731 |  |
| QUANTUM3 GROUP LLC - AGENT COMENITY CA<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 35 | 18 | 1,304.16 | 5648 | MY PLACE REWARDS |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | 36 | 25 | 1,480.22 | 2944 | WALMART CREDIT CARD~SYNCHRONY BANK |
| QUANTUM3 GROUP LLC AGNT - COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 37 | 17 | 1,382.49 | 7745 | WOMAN WITHIN |
| ANTERO CAPITAL LLC<br>PO BOX 1931<br>BURLINGAME, CA 94041 | 38 | 11 | 924.87 | 7379 | NT/SCH*CELTIC BANK~DNF ASSOCIATES |
| INTERCOASTAL FINANCIAL LLC<br>7954 TRANSIT RD #144<br>WILLIAMSVILLE, NY 14221 | 39 | 13 | 1,261.36 | 3905 | NT/SCH*CUZCO CAPITAL*BANK OF MISSOURI |
| VERIZON BY AMERICAN INFOSOURCE LP - AGE<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | 40 | 15 | 181.59 | 0001 | NT/SCH |

All listed as CRED DESC: UNSECURED CREDITOR, INT %: 0.00%