Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Julianne Dombrowski** : Case No. 18−10873−JCM
 *Debtor(s)* : Chapter: 13
 :
**RONDA J. WINNECOUR, Trustee,** :
 *Movant(s),* :
 :
 v. : Related to Document No. 42
**No Respondents** :
 *Respondent(s).* : Hearing Date: 11/28/23 at 03:00 PM

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 27th of September, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 42 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before November 11, 2023**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **November 28, 2023 at 03:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 18-10873-JCM
Julianne Dombrowski | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 4
Date Rcvd: Sep 28, 2023     Form ID: 300a     Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julianne Dombrowski, 3231 East Avenue, Erie, PA 16504-1388 |
| 14905385 | + | Amazon Place CC, PO Box 965015, Orlando, FL 32896-5015 |
| 14905397 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 14942669 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14905411 | + | MidAmerica, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 14905415 | | Stonberry, PO Box 2820, Monroe, WI 53566-8020 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14905386 | | Email/Text: bankruptcy@sccompanies.com | Sep 29 2023 01:10:00 | AmeriMark Premier, PO Box 2845, Monroe, WI 53566-8045 |
| 14921377 | + | Email/Text: bankruptcy@sccompanies.com | Sep 29 2023 01:10:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14928178 | + | Email/Text: documentfiling@lciinc.com | Sep 29 2023 01:10:00 | Antero Capital, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14926873 | + | Email/Text: bknotices@totalcardinc.com | Sep 29 2023 01:13:00 | Bank of Missouri, C/O Total Card Inc., 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |
| 14905387 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2023 01:12:00 | Brylane Home, PO Box 18279, Columbus, OH 43218-2789 |
| 14905394 | | Email/Text: cfcbackoffice@contfinco.com | Sep 29 2023 01:11:00 | Continental Finance/Reflex, PO Box 8099, Newark, DE 19714 |
| 14905408 | | Email/Text: cfcbackoffice@contfinco.com | Sep 29 2023 01:11:00 | Matrix, PO Box 8099, Newark, DE 19714 |
| 14905389 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:09:11 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14919950 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:10:18 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14927738 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2023 01:49:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14905391 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:09:10 | Capital One/Journey, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14905392 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:48:13 | Capital One/Justice, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14905395 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 29 2023 01:08:38 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14918736 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:27:54 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14905396 | + | Email/PDF: DellBKNotifications@resurgent.com | | |

Case 18-10873-JCM    Doc 45    Filed 09/30/23    Entered 10/01/23 00:29:52    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: 300a | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 29 2023 01:48:23 | Dell Financial Services, PO Box 81607, Austin, TX 78708-1607 |
| 14905398 | | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Sep 29 2023 01:14:00 | EOS CCA, PO Box 981025, Boston, MA 02298-1025 |
| 14905399 | + | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | | Sep 29 2023 01:14:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14905401 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Sep 29 2023 01:28:29 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 14905400 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Sep 29 2023 01:26:07 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14905402 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 29 2023 01:09:07 | Gap, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14934856 | + | Email/Text: gbechakas@outlook.com | | |
| | | | Sep 29 2023 01:12:00 | Intercoastal Financial, LLC, 7954 Transit Rd. #144, Williamsville, NY 14221-4117 |
| 14905403 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 29 2023 01:26:05 | JC Penny, P.O. Box 965007, Orlando, FL 32896-5007 |
| 14905393 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Sep 29 2023 01:48:15 | Chase/Bank One, PO Box 15298, Wilmington, DE 19850 |
| 14905404 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Sep 29 2023 01:12:00 | Jessica London, PO Box 18279, Columbus, OH 43218-2789 |
| 14905405 | | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Sep 29 2023 01:10:00 | K. Jordan, PO Box 2809, Monroe, WI 53566-8009 |
| 14905406 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Sep 29 2023 01:11:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14940545 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 29 2023 01:27:56 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14918842 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Sep 29 2023 01:10:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14905407 | | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Sep 29 2023 01:10:00 | Mason Easy Pay, PO Box 2808, Monroe, WI 53566-8008 |
| 14905409 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Sep 29 2023 01:27:17 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14905410 | + | Email/Text: bknotices@totalcardinc.com | | |
| | | | Sep 29 2023 01:13:00 | Mid America BK/Total Card, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 14905412 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Sep 29 2023 01:14:00 | MidAmerica/Milestones/GFS, PO Box 4499, Beaverton, OR 97076-4499 |
| 15226430 | | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Sep 29 2023 01:11:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14905413 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 29 2023 01:26:13 | Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14928637 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 29 2023 01:29:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14906326 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Sep 29 2023 01:28:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14927327 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Sep 29 2023 01:14:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14939311 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Sep 29 2023 01:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14939333 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Sep 29 2023 01:13:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 14934971 | | Email/Text: bnc-quantum@quantum3group.com Sep 29 2023 01:13:00 | | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14905414 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 29 2023 01:12:00 | | Romans, PO Box 18279, Columbus, OH 43218-2789 |
| 14943945 | + | Email/PDF: ebn_ais@aisinfo.com Sep 29 2023 01:48:12 | | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14945002 | + | Email/Text: bncmail@w-legal.com Sep 29 2023 01:14:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14905416 | + | Email/Text: bncmail@w-legal.com Sep 29 2023 01:12:00 | | Target, NCD-0450, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14905417 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 29 2023 01:12:00 | | The Childrens Place, PO Box 182120, Columbus, OH 43218-2120 |
| 14938116 | | Email/PDF: ebn_ais@aisinfo.com Sep 29 2023 02:01:03 | | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14905418 | | Email/PDF: ais.sync.ebn@aisinfo.com Sep 29 2023 01:08:38 | | Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14905419 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 29 2023 01:12:00 | | Women Within, PO Box 18279, Columbus, OH 43218-2789 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | Mid America BK/Total Card, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14905388 | * | Brylane Home, PO Box 18279, Columbus, OH 43218-2789 |
| 14905390 | *+ | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2023 at the address(es) listed below:

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: Sep 28, 2023 | Form ID: 300a | Total Noticed: 54

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Julianne Dombrowski chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Joshua I. Goldman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5