**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JULIANNE DOMBROWSKI <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>   vs. <br> No Respondents. | Case No.:18-10873 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/28/2018 and confirmed on 12/12/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 39,109.99 |
| Less Refunds to Debtor | 207.67 | |
| TOTAL AMOUNT OF PLAN FUND | | 38,902.32 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,700.00 | |
|    Trustee Fee | 1,780.47 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,480.47 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6520 | | | | |
| | ***NONE*** | | | |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JULIANNE DOMBROWSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JULIANNE DOMBROWSKI | 207.67 | 207.67 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,265.42 | 1,265.42 | 0.00 | 1,265.42 |
|     Acct: 9614 | | | | |
|   AMERIMARK | 594.01 | 594.01 | 0.00 | 594.01 |
|     Acct: 304A | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 731.10 | 731.10 | 0.00 | 731.10 |
|     Acct: 1564 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 694.09 | 694.09 | 0.00 | 694.09 |
|     Acct: 3982 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 1,357.38 | 1,357.38 | 0.00 | 1,357.38 |
|     Acct: 6448 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 633.43 | 633.43 | 0.00 | 633.43 |
|     Acct: 1200 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 3,018.58 | 3,018.58 | 0.00 | 3,018.58 |
|     Acct: 2889 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 898.50 | 898.50 | 0.00 | 898.50 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 6724 | | | | |
| | CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7313 | | | | |
| | CONTINENTAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7379 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 664.85 | 664.85 | 0.00 | 664.85 |
| | Acct: 4640 | | | | |
| | DELL FINANCIAL SERVICES LLC | 4,482.18 | 4,482.18 | 0.00 | 4,482.18 |
| | Acct: 3115 | | | | |
| | EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4701 | | | | |
| | FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4911 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 980.02 | 980.02 | 0.00 | 980.02 |
| | Acct: 1670 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 1,171.41 | 1,171.41 | 0.00 | 1,171.41 |
| | Acct: 2994 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 468.68 | 468.68 | 0.00 | 468.68 |
| | Acct: 4711 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 769.84 | 769.84 | 0.00 | 769.84 |
| | Acct: 0686 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 883.50 | 883.50 | 0.00 | 883.50 |
| | Acct: 6863 | | | | |
| | K JORDAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 97B2 | | | | |
| | CAPITAL ONE NA** | 983.46 | 983.46 | 0.00 | 983.46 |
| | Acct: 7528 | | | | |
| | MASON EASY PAY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9702 | | | | |
| | MATRIX ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3905 | | | | |
| | MERRICK BANK | 525.37 | 525.37 | 0.00 | 525.37 |
| | Acct: 7046 | | | | |
| | BANK OF MISSOURI | 432.30 | 432.30 | 0.00 | 432.30 |
| | Acct: 1184 | | | | |
| | BANK OF MISSOURI | 454.20 | 454.20 | 0.00 | 454.20 |
| | Acct: 9234 | | | | |
| | QUANTUM3 GROUP LLC - AGENT GPCC I | 301.99 | 301.99 | 0.00 | 301.99 |
| | Acct: 5489 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 1,857.03 | 1,857.03 | 0.00 | 1,857.03 |
| | Acct: 0737 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 1,360.25 | 1,360.25 | 0.00 | 1,360.25 |
| | Acct: 8545 | | | | |
| | STONEBERRY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 97CR | | | | |
| | TD BANK USA NA** | 2,359.57 | 2,359.57 | 0.00 | 2,359.57 |
| | Acct: 0731 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMEN | 1,304.16 | 1,304.16 | 0.00 | 1,304.16 |
| | Acct: 5648 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,480.22 | 1,480.22 | 0.00 | 1,480.22 |
| | Acct: 2944 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 1,382.49 | 1,382.49 | 0.00 | 1,382.49 |
| | Acct: 7745 | | | | |
| | ANTERO CAPITAL LLC | 924.87 | 924.87 | 0.00 | 924.87 |
| | Acct: 7379 | | | | |
| | INTERCOASTAL FINANCIAL LLC | 1,261.36 | 1,261.36 | 0.00 | 1,261.36 |
| | Acct: 3905 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 181.59 | 181.59 | 0.00 | 181.59 |
| | Acct: 0001 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |

18-10873                                                                                              Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| Acct: 0737 | | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | | 33,421.85 |
| | | | | | |
| TOTAL PAID TO CREDITORS | | | | | 33,421.85 |

TOTAL CLAIMED
PRIORITY          0.00
SECURED           0.00
UNSECURED    33,421.85

Date: 09/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JULIANNE DOMBROWSKI

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-10873

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10873-JCM |
| Julianne Dombrowski | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julianne Dombrowski, 3231 East Avenue, Erie, PA 16504-1388 |
| 14905385 | + | Amazon Place CC, PO Box 965015, Orlando, FL 32896-5015 |
| 14905397 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 14942669 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14905411 | + | MidAmerica, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 14905415 | | Stonberry, PO Box 2820, Monroe, WI 53566-8020 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14905386 | | Email/Text: bankruptcy@sccompanies.com | Sep 29 2023 01:10:00 | AmeriMark Premier, PO Box 2845, Monroe, WI 53566-8045 |
| 14921377 | + | Email/Text: bankruptcy@sccompanies.com | Sep 29 2023 01:10:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14928178 | + | Email/Text: documentfiling@lciinc.com | Sep 29 2023 01:10:00 | Antero Capital, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14926873 | + | Email/Text: bknotices@totalcardinc.com | Sep 29 2023 01:13:00 | Bank of Missouri, C/O Total Card Inc., 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |
| 14905387 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2023 01:12:00 | Brylane Home, PO Box 18279, Columbus, OH 43218-2789 |
| 14905394 | | Email/Text: cfcbackoffice@contfinco.com | Sep 29 2023 01:11:00 | Continental Finance/Reflex, PO Box 8099, Newark, DE 19714 |
| 14905408 | | Email/Text: cfcbackoffice@contfinco.com | Sep 29 2023 01:11:00 | Matrix, PO Box 8099, Newark, DE 19714 |
| 14905389 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:09:11 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14919950 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 03:04:44 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14927738 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2023 01:48:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14905391 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:26:07 | Capital One/Journey, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14905392 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:10:31 | Capital One/Justice, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14905395 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 29 2023 01:26:13 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14918736 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:27:41 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14905396 | + | Email/PDF: DellBKNotifications@resurgent.com | | |

Case 18-10873-JCM    Doc 46    Filed 09/30/23    Entered 10/01/23 00:29:52    Desc Imaged
Certificate of Notice    Page 7 of 9

| District/off: 0315-1 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 54 |

| | | | |
| --- | --- | --- | --- |
| | | Sep 29 2023 01:27:46 | Dell Financial Services, PO Box 81607, Austin, TX 78708-1607 |
| 14905398 | Email/Text: bankruptcydepartment@tsico.com | | |
| | | Sep 29 2023 01:14:00 | EOS CCA, PO Box 981025, Boston, MA 02298-1025 |
| 14905399 | + Email/Text: bnc-bluestem@quantum3group.com | | |
| | | Sep 29 2023 01:14:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14905401 | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Sep 29 2023 01:26:08 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 14905400 | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Sep 29 2023 01:25:59 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14905402 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 29 2023 01:10:18 | Gap, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14934856 | + Email/Text: gbechakas@outlook.com | | |
| | | Sep 29 2023 01:12:00 | Intercoastal Financial, LLC, 7954 Transit Rd. #144, Williamsville, NY 14221-4117 |
| 14905403 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 29 2023 01:27:12 | JC Penny, P.O. Box 965007, Orlando, FL 32896-5007 |
| 14905393 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Sep 29 2023 01:08:38 | Chase/Bank One, PO Box 15298, Wilmington, DE 19850 |
| 14905404 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Sep 29 2023 01:12:00 | Jessica London, PO Box 18279, Columbus, OH 43218-2789 |
| 14905405 | Email/Text: bankruptcy@sccompanies.com | | |
| | | Sep 29 2023 01:10:00 | K. Jordan, PO Box 2809, Monroe, WI 53566-8009 |
| 14905406 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Sep 29 2023 01:11:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14940545 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Sep 29 2023 01:48:14 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14918842 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Sep 29 2023 01:10:10 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14905407 | Email/Text: bankruptcy@sccompanies.com | | |
| | | Sep 29 2023 01:10:00 | Mason Easy Pay, PO Box 2808, Monroe, WI 53566-8008 |
| 14905409 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Sep 29 2023 01:10:09 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14905410 | + Email/Text: bknotices@totalcardinc.com | | |
| | | Sep 29 2023 01:13:00 | Mid America BK/Total Card, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 14905412 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Sep 29 2023 01:14:00 | MidAmerica/Milestones/GFS, PO Box 4499, Beaverton, OR 97076-4499 |
| 15226430 | Email/Text: mtgbk@shellpointmtg.com | | |
| | | Sep 29 2023 01:11:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14905413 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 29 2023 01:08:38 | Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14928637 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Sep 29 2023 03:04:31 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14906326 | + Email/PDF: rmscedi@recoverycorp.com | | |
| | | Sep 29 2023 01:27:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14927327 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Sep 29 2023 01:14:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14939311 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Sep 29 2023 01:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14939333 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Sep 29 2023 01:13:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14934971 | | Email/Text: bnc-quantum@quantum3group.com Sep 29 2023 01:13:00 | | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14905414 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 29 2023 01:12:00 | | Romans, PO Box 18279, Columbus, OH 43218-2789 |
| 14943945 | + | Email/PDF: ebn_ais@aisinfo.com Sep 29 2023 01:27:48 | | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14945002 | + | Email/Text: bncmail@w-legal.com Sep 29 2023 01:14:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14905416 | + | Email/Text: bncmail@w-legal.com Sep 29 2023 01:12:00 | | Target, NCD-0450, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14905417 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 29 2023 01:12:00 | | The Childrens Place, PO Box 182120, Columbus, OH 43218-2120 |
| 14938116 | | Email/PDF: ebn_ais@aisinfo.com Sep 29 2023 01:27:48 | | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14905418 | | Email/PDF: ais.sync.ebn@aisinfo.com Sep 29 2023 01:48:06 | | Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14905419 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 29 2023 01:12:00 | | Women Within, PO Box 18279, Columbus, OH 43218-2789 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | Mid America BK/Total Card, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14905388 | * | Brylane Home, PO Box 18279, Columbus, OH 43218-2789 |
| 14905390 | *+ | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2023   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 54 |

**Name** | **Email Address**

Brian Nicholas
on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com

Christopher M. Frye
on behalf of Debtor Julianne Dombrowski chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Joshua I. Goldman
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com
angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 5