IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JULIANNE DOMBROWSKI

Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:18-10873

Chapter 13

Document No.: 42

ORDER OF COURT

AND NOW, this   14th   day of   November  , 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jlm
U.S. BANKRUPTCY JUDGE

SIGNED
11/14/23 12:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-10873-JCM

Julianne Dombrowski     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 4
Date Rcvd: Nov 14, 2023     Form ID: pdf900     Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julianne Dombrowski, 3231 East Avenue, Erie, PA 16504-1388 |
| 14905385 | + | Amazon Place CC, PO Box 965015, Orlando, FL 32896-5015 |
| 14905397 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 14942669 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14905411 | + | MidAmerica, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 14905415 | | Stonberry, PO Box 2820, Monroe, WI 53566-8020 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14905386 | | Email/Text: bankruptcy@sccompanies.com | Nov 15 2023 00:25:00 | AmeriMark Premier, PO Box 2845, Monroe, WI 53566-8045 |
| 14921377 | + | Email/Text: bankruptcy@sccompanies.com | Nov 15 2023 00:25:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14928178 | + | Email/Text: documentfiling@lciinc.com | Nov 15 2023 00:25:00 | Antero Capital, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14926873 | + | Email/Text: famc-bk@1stassociates.com | Nov 15 2023 00:27:00 | Bank of Missouri, C/O Total Card Inc., 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |
| 14905387 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2023 00:26:00 | Brylane Home, PO Box 18279, Columbus, OH 43218-2789 |
| 14905394 | | Email/Text: cfcbackoffice@contfinco.com | Nov 15 2023 00:26:00 | Continental Finance/Reflex, PO Box 8099, Newark, DE 19714 |
| 14905408 | | Email/Text: cfcbackoffice@contfinco.com | Nov 15 2023 00:26:00 | Matrix, PO Box 8099, Newark, DE 19714 |
| 14905389 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2023 00:44:14 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14919950 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2023 00:33:31 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14927738 | | Email/PDF: bncnotices@becket-lee.com | Nov 15 2023 00:33:21 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14905391 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2023 00:32:53 | Capital One/Journey, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14905392 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2023 00:32:53 | Capital One/Justice, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14905395 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 15 2023 00:33:08 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14918736 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2023 00:33:13 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14905396 | + | Email/PDF: DellBKNotifications@resurgent.com | | |

Case 18-10873-JCM    Doc 50    Filed 11/16/23    Entered 11/17/23 00:33:52    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: pdf900 | Total Noticed: 54 |

| | | | |
|---|---|---|---|
| | | Nov 15 2023 01:53:51 | Dell Financial Services, PO Box 81607, Austin, TX 78708-1607 |
| 14905398 | Email/Text: bankruptcydepartment@tsico.com | Nov 15 2023 00:28:00 | EOS CCA, PO Box 981025, Boston, MA 02298-1025 |
| 14905399 | + Email/Text: bnc-bluestem@quantum3group.com | Nov 15 2023 00:28:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14905401 | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 15 2023 00:33:21 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 14905400 | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 15 2023 00:33:39 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14905402 | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 00:32:59 | Gap, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14934856 | + Email/Text: gbechakas@outlook.com | Nov 15 2023 00:26:00 | Intercoastal Financial, LLC, 7954 Transit Rd. #144, Williamsville, NY 14221-4117 |
| 14905403 | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 00:44:16 | JC Penny, P.O. Box 965007, Orlando, FL 32896-5007 |
| 14905393 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2023 00:33:27 | Chase/Bank One, PO Box 15298, Wilmington, DE 19850 |
| 14905404 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2023 00:26:00 | Jessica London, PO Box 18279, Columbus, OH 43218-2789 |
| 14905405 | Email/Text: bankruptcy@sccompanies.com | Nov 15 2023 00:25:00 | K. Jordan, PO Box 2809, Monroe, WI 53566-8009 |
| 14905406 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2023 00:25:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14940545 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2023 00:33:11 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14918842 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2023 00:33:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14905407 | Email/Text: bankruptcy@sccompanies.com | Nov 15 2023 00:25:00 | Mason Easy Pay, PO Box 2808, Monroe, WI 53566-8008 |
| 14905409 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2023 00:33:05 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14905410 | + Email/Text: famc-bk@1stassociates.com | Nov 15 2023 00:27:00 | Mid America BK/Total Card, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 14905412 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 15 2023 00:28:00 | MidAmerica/Milestones/GFS, PO Box 4499, Beaverton, OR 97076-4499 |
| 15226430 | Email/Text: mtgbk@shellpointmtg.com | Nov 15 2023 00:26:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14905413 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 00:33:05 | Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14928637 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2023 00:33:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14906326 | + Email/PDF: rmscedi@recoverycorp.com | Nov 15 2023 00:33:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14927327 | + Email/Text: JCAP_BNC_Notices@jcap.com | Nov 15 2023 00:27:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14939311 | Email/Text: bnc-quantum@quantum3group.com | Nov 15 2023 00:27:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14939333 | Email/Text: bnc-quantum@quantum3group.com | Nov 15 2023 00:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA |

Case 18-10873-JCM   Doc 50   Filed 11/16/23   Entered 11/17/23 00:33:52   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: pdf900 | Total Noticed: 54 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 14934971 | | Email/Text: bnc-quantum@quantum3group.com Nov 15 2023 00:27:00 | | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14905414 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 15 2023 00:26:00 | | Romans, PO Box 18279, Columbus, OH 43218-2789 |
| 14943945 | + | Email/PDF: ebn_ais@aisinfo.com Nov 15 2023 00:33:11 | | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14945002 | + | Email/Text: bncmail@w-legal.com Nov 15 2023 00:27:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14905416 | + | Email/Text: bncmail@w-legal.com Nov 15 2023 00:26:00 | | Target, NCD-0450, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14905417 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 15 2023 00:26:00 | | The Childrens Place, PO Box 182120, Columbus, OH 43218-2120 |
| 14938116 | | Email/PDF: ebn_ais@aisinfo.com Nov 15 2023 00:32:56 | | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14905418 | | Email/PDF: ais.sync.ebn@aisinfo.com Nov 15 2023 00:33:00 | | Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14905419 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 15 2023 00:26:00 | | Women Within, PO Box 18279, Columbus, OH 43218-2789 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | Mid America BK/Total Card, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14905388 | * | Brylane Home, PO Box 18279, Columbus, OH 43218-2789 |
| 14905390 | *+ | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 4 of 4 |
| Date Rcvd: Nov 14, 2023 | Form ID: pdf900 | Total Noticed: 54 |

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Julianne Dombrowski chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Joshua I. Goldman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5